IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY SMITH,

      Plaintiff,

vs.                               **Case No. 3:21-cv-735-MCR-HTC**

CAMPBELL MOVING &
STORAGE, INC.,

      Defendant.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is stipulated by and between the parties hereto, acting by and through their respective undersigned attorneys, that this action and complaint be dismissed with prejudice, without the assessment of costs and attorneys' fees, and with the parties to bear their own respective attorneys' fees and costs with respect to the action and complaint.

WHEREFORE, the parties respectfully request the Court to grant this motion.

Dated this 17th day of August, 2021.

|  | Respectfully submitted, |
|---|---|
| /s/ Clayton M. Connors[1] | /s/ Ralph A. Peterson |
| CLAYTON M. CONNORS | RALPH A. PETERSON |
| Florida Bar No. 0095553 | Florida Bar No. 303021 |
| THE LAW OFFICES OF CLAYTON M. CONNORS, PLLC | BEGGS & LANE RLLP |
| 4400 Bayou Blvd., Suite 32A | 501 Commendencia Street |
| Pensacola, Florida 32503 | Pensacola, Florida 32502-5953 |
| Telephone: (850) 473-0401 | Telephone: (850) 432-2451 |
| Telefacsimile: (850) 473-1388 | Telefacsimile: (850) 469-3331 |
| Email: cmc@westconlaw.com | Email: rap@beggslane.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Corey Smith | Campbell Moving & Storage, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send email notification of such filing on Plaintiff's attorney, Clayton M. Connors, Esquire, THE LAW OFFICES OF CLAYTON M. CONNORS, PLLC, 4400 Bayou Blvd., Suite 32A, Pensacola, Florida 32503, cmc@westconlaw.com.

/s/ Ralph A. Peterson
RALPH A. PETERSON
Florida Bar No. 303021
BEGGS & LANE RLLP

---

[1] Mr. Connors has authorized the use of his e-signature by Mr. Peterson for the purpose of filing this stipulation for dismissal with prejudice.